1
2
3
4
5
6
7
8

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

9    YOUNG YIL JO,                                CASE NO. 1:12-cv-01383-AWI-MJS PC

10                          Plaintiff,           ORDER DISMISSING ACTION, WITH
                                                 PREJUDICE, FOR FAILURE TO STATE A
11          v.                                   CLAIM

12   SIX UNKNOWN NAMES AGENTS, et al.,           (ECF No. 1)

13                          Defendants.
                                          /
14

15          Plaintiff Young Yil Jo is a federal prisoner currently housed at the Airpark Unit Correctional

16   Center in Big Spring, Texas.  To date, Plaintiff has filed approximately one-hundred eighty civil

17   cases in this district.[1]  The complaint in this action is rambling and incoherent, and fails to state any

18   cognizable claims under federal law.  Ashcroft v. Iqbal, 129 S. Ct. 1937, 1949 (2009); Bell Atlantic

19   Corp. v. Twombly,  550 U.S. 544, 555, 127 S. Ct. 1955, 1965 (2007).  Given this litigant's abusive

20   filing practices in this district, and the utterly incoherent pleading before the Court, leave to amend

21   is not warranted.  Lopez v. Smith, 203 F.3d 1122, 1130 (9th Cir. 2000).

22          Pursuant to 28 U.S.C. § 1915A, this action is HEREBY DISMISSED, WITH PREJUDICE.

23

24   IT IS SO ORDERED.

25
     Dated:    September 14, 2012
26                                               _____
                                                 CHIEF UNITED STATES DISTRICT JUDGE
27

28
     _____
     [1] The Court takes judicial notice of the complaints in the civil suits filed by Plaintiff in this district.

1